UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-70(01) RM |
| ) | |
| DONALD L. LEACH ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 18, 2009 [Doc. No. 37]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Donald Leach's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2250.

SO ORDERED.

ENTERED:  January 6, 2010 

                        /s/ Robert L. Miller, Jr.
                       Chief Judge
                       United States District Court